To: clerk

From: Juan Carrero-Vasquez
358-107 NBCI
14100 McMullen Highway, SW
Cumberland, MD 21502

Re: RDB 13-552

I am writing the Court as Executive Director of IGO Scott S. Oakley dismissed the appeal to the <u>1st</u> incident of the Complaint claiming I did not give them a "brief" statement and "not more than one claim for relief."

Then, the following day Associate Director of IGO Paula R. Williams deliberately dismissed the <u>2nd</u> incident of the Complaint

* Appeal to <u>3rd</u> incident in the complaint is pending by IGO as the Commissioner totally failed to respond.

Mr. Oakley and Mrs. Williams states that they dismissed the grievance "As having been determined to be wholly lacking in merit."

Under such circumstances it is necessary to seek state judicial review by state court to satisfied with 42 U.S.C. 1997e(a)? If necessary I would need to know before 4/25/13 in order to meet the deadline

Sincerely,
[signature]

4/10/13
Date